# United States Court of Appeals
## For the First Circuit

No. 09-2486

WILLIAM JEWETT, JR.,

Petitioner, Appellant,

v.

BERNARD F. BRADY, SUPERINTENDENT,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on March 10, 2011, is amended as follows.

On page 9, line 12, a paragraph break is inserted before the sentence beginning, "In addition . . . ."